DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD KEITH ELLISON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | **CASE NO. 4:19-MC-80167 JST**<br><br>**UNITED STATES'S NOTICE OF PENDANCY OF OTHER ACTION (CRIMINAL INDICTMENT)** |

TO THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that another action is pending in the United States District for Puerto Rico (the "Other Action"). Pursuant to Civil Local Rule § 3-13, the following information on the Other Action is provided below:

1.     The Other Action is a criminal indictment filed under seal on September 3, 2019 as docket no. 3 in <u>United States v. Donald Keith Ellison, *et. al*</u>., 19-CR-541 FAB. The indictment was unsealed on September 10, 2019.

2.     The Other Action is pending in the United States District Court for the District of Puerto Rico. The Jose V. Toledo United States Courthouse is located at 300 Recinto Sur Street, San Juan, PR 00901.

US NOTICE OF PENDANCY OF OTHER ACTION      1
4:19-MC-80167 JST

3. The Other Action is a criminal indictment filed against (1) Ahsha Nateef Tribble, (2) Donald Keith Ellison, and (3) Jovanda R. Patterson. The indictment includes a forfeiture allegation for the property at issue in the motion for return of property.

DATED: September 10, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/S/_____
DAVID COUNTRYMAN
Assistant United States Attorney